IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-303-M-KS

FILED IN OPEN COURT
ON 7/11/2024 aps
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | JOINT MOTION FOR ENTRY OF CONSENT ORDER FOR RESTITUTION FOR VICTIM H.H. |
|---|---|
| v. | |
| ALEXIS DWAYNE HAYWOOD | |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, and Defendant, by and through his undersigned attorney, jointly request that the Court enter the attached consent order regarding Defendant's restitution.

Respectfully submitted this 11th day of July 2024.

Kevin M. Marcilliat
*Retained Counsel for Defendant*
NC State Bar No 44592
Marcilliat & Mills, PLLC
272 N. Front Street Suite 330
Wilmington NC 28401
Telephone: 919-838-6643
Fax: 919-573-0774
Email: Kevin@NCLawTeam.com

MICHAEL F. EASLEY, JR.
United States Attorney

*/s/ Erin C. Blondel*
ERIN C. BLONDEL
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
erin.blondel@usdoj.gov
Telephone: 919-856-4458
Fax: 919-856-4487
NC Bar No. 46977

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing motion and proposed order have been served upon the defendant by CM/ECF as follows:

Kevin M. Marcilliat
Roberts, Marcilliat & Mills, PLLC
272 N. Front Street
Suite 330
Wilmington, NC 28401

This the 14th day of June, 2024.

/s/ *Erin C. Blondel*
ERIN C. BLONDEL
Assistant United States Attorney
Criminal Division
U.S. Attorney's Office, EDNC
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
erin.blondel@usdoj.gov
Telephone: 919-856-4458
Fax: 919-856-4487
NC Bar No. 46977

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-303-M-KS

| UNITED STATES OF AMERICA | CONSENT ORDER FOR RESTITUTION FOR VICTIM H.H. |
|---|---|
| v. | |
| ALEXIS DWAYNE HAYWOOD | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of the plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes $3,000 restitution to H.H., an identified victim of the series BalletGirl1 and whose identity will be disclosed to the Clerk of Court. That restitution shall be due and payable immediately. Additionally, Defendant and the United States agree that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

Finally, Defendant agrees to pay the sum of $3,000 to the Financial Section of the United States District Court Clerk's Office for the Eastern District of North Carolina, within ten (10) days of the entry of this Order, to be applied to Defendant's

restitution. Any check(s) should be made payable to "U.S. District Court" and include the applicable case number to ensure funds are credited properly.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, the Defendant shall pay victim H.H. $3,000 in restitution, in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this 11th day of July, 2024.

*Richard E. Myers II*
CHIEF JUDGE RICHARD E. MYERS II
United States District Judge

AGREED AND CONSENTED TO BY:

*Alexis Haywood*  6/7/2024
ALEXIS DWAYNE HAYWOOD   Date
Defendant

*Kevin M. Marcilliat*  6/17/2024
KEVIN M. MARCILLIAT   Date
Counsel for Defendant

MICHAEL F. EASLEY, JR.
United States Attorney

*Erin C. Blondel*  07/08/2024
ERIN C. BLONDEL   Date
Assistant United States Attorney
Counsel for the United States

2