IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:23-CR-00303-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEXIS DEWAYNE HAYWOOD,

    Defendant.

AMENDED ORDER

This matter comes before the court on the parties' joint motion for a consent order of restitution [DE 54]. Pursuant to 18 U.S.C. §§ 2259, 3663, & 3664, the motion is GRANTED. The defendant shall make restitution to the following victims in the following amounts, for a total of **$20,000.00**:

| Victim | Series | Restitution Agreed |
|---|---|---|
| Maria | Best Necklace | $3,500 |
| Ramona | Ripped Jeans | $4,500 |
| Eliza | HG1 | $3,000 |
| H.H. | BalletGirl1 | $3,000 |
| Carrie | FaceBaby | $3,000 |
| Raven | Teal&Pink Princess 2 | $3,000 |

Defendant and the United States agree, and the court orders, that any payment plan established by the court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law. The court further finds that Defendant's agreements, including the amount of restitution and the joint and several liability, are

consistent with the law and the facts of this case. Accordingly, Defendant shall pay **$20,000.00** in restitution to the victims in accordance with the parties' agreement, as set forth above, and in accordance with the court's judgment.

Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case, and the Clerk of the Court shall issue a Judgment consistent with this order.

SO ORDERED this 14th day of August, 2024.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE